# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: 2:25−mj−00425−SCD All Defendants

Case title: USA v. Aubuchon

Date Filed: 07/03/2025

Other court case number: 25−CR−261 Eastern District of Pennsylvania

Date Terminated: 07/08/2025

Assigned to: Magistrate Judge Stephen C Dries

**Defendant (1)**

**Treyton Daniel Aubuchon**
*YOB 2006*
*TERMINATED: 07/08/2025*
*also known as*
Aloel
*TERMINATED: 07/08/2025*

represented by **Ramuel R Figueroa**
Federal Defender Services of Wisconsin Inc
411 E Wisconsin Ave − Ste 2310
Milwaukee, WI 53202
414−221−9900
Email: ramuel_figueroa@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Pending Counts**

18:1349 – ATTEMPT AND
CONSPIRACY TO COMMIT
MAIL FRAUD
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**  represented by  **Kevin C Knight**
United States Department of Justice (ED–WI)
Office of the US Attorney
517 E Wisconsin Ave – Rm 530
Milwaukee, WI 53202
414–297–1700
Email: kevin.knight@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2025 | 1 | Rule 5 Documents Received (indictment) as to Treyton Daniel Aubuchon from the Eastern District of Pennsylvania in case number 25–CR–261. (amb) |
| 07/03/2025 |  | Arrest Rule 5 of Treyton Daniel Aubuchon in case number 25–CR–261 from the Eastern District of Pennsylvania. (amb) |
| 07/03/2025 |  | NOTICE OF HEARING as to Treyton Daniel Aubuchon. Initial Appearance – Rule 5 set for 7/3/2025 at 02:30 PM in Courtroom 284, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Stephen C Dries. (cc: all counsel)(amb) |
| 07/03/2025 | 2 | PRETRIAL SERVICES REPORT – BOND STUDY (Restricted) filed by US Pretrial Office as to Treyton Daniel Aubuchon (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Parties allowed to view this document may do so by logging in.) (at) |
| 07/03/2025 | 3 | Minute Entry for proceedings held before Magistrate Judge Stephen C Dries: Initial Appearance in Rule 5 Proceedings as to Treyton Daniel Aubuchon held on 7/3/2025. Defendant advised of rights, charges, penalties, and fines. Defendant waives right to identity hearing. Government requests three day hold. Defense does not object. Court orders defendant temporarily detained. Detention Hearing set for 7/8/2025 at 11:00 AM in Courtroom 284, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Stephen C Dries. (Court Reporter Liberty) (amb) |
| 07/03/2025 | 4 | WAIVER of Rule 5(c)(3) Hearings by Treyton Daniel Aubuchon. (amb) |
| 07/03/2025 | 5 | ORDER OF TEMPORARY DETENTION and Scheduling a Detention Hearing as to Treyton Daniel Aubuchon signed by Magistrate Judge Stephen C Dries on 7/3/2025. Detention Hearing set for 7/8/2025 at 11:00 AM in Courtroom 284, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Stephen C Dries. (cc: all counsel) (amb) |
| 07/03/2025 | 6 | Warrant Returned Executed on 7/3/2025 as to Treyton Daniel Aubuchon. (amb) (Entered: 07/07/2025) |
| 07/08/2025 | 7 | Minute Entry for proceedings held before Magistrate Judge Stephen C Dries: Detention Hearing as to Treyton Daniel Aubuchon held on 7/8/2025. Government seeking detention. Defense proffers release with conditions. Court orders defendant released on O/R Bond with Conditions. Court GRANTS government's request and STAYS release |

| | | |
|---|---|---|
| | | order for one day pending review by district judge in the Eastern District of Pennsylvania. (Court Reporter Liberty) (amb) |
| 07/08/2025 | 8 | ORDER STAYING PRE–TRIAL RELEASE as to Treyton Daniel Aubuchon signed by District Judge Mary Kay Costello in the Eastern District of Pennsylvania on 7/8/2025. (cc: all counsel) (amb) |
| 07/08/2025 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Treyton Daniel Aubuchon signed by Magistrate Judge Stephen C Dries on 7/8/2025. Defendant committed to District of Eastern District of Pennsylvania. (cc: all counsel) (amb) |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** <br> on Rule 5 Hearing |
| v. | CASE NUMBER **25-MJ-425** |
| **TREYTON DANIEL AUBUCHON** | |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Tony Byal | Hearing Began: 2:31 PM |
| Hearing Held: July 3, 2025 at 2:30 PM | Hearing Ended: 2:36 PM |

**Appearances:**
UNITED STATES OF AMERICA by: Kevin Knight
TREYTON DANIEL AUBUCHON, in person, and by: Ramuel Figueroa   ☐ CJA ☒ FDS ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☒ None ☐ Sworn

☐ Defendant consents to proceed via video
☒ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☒ Defendant advised of charges, penalties and fines

☒ Defendant waives right to an identity hearing
☒ Defendant temporarily detained. **Detention Hearing set for 7/8/2025 at 11:00 AM**
☐ Defendant to be released on O/R bond to appear in Eastern District on Pennsylvania on a date and time to be set

Counts 1, 2: 20 years imprisonment, 3 years SR, $250,000 fine or twice gross gain of offense, $100 SA
Count 3: Mandatory minimum 2 years imprisonment consecutive to any other sentence, 1 years SR, $250,000 fine, $100 SA

Government:
 - Requests three day hold. Still in process of gathering information related to the arrest and investigation.
 - Notes risk of flight and obstruction. Co-conspirator made calls encouraging other co-conspirator to wipe devices and evidence. Defendant has no connection to Philadelphia area. Has access to plethora of false identifications. Is part of a sophisticated group committing cyber crimes.
 - Recognizes this is not a standard detention hearing.

Defense does not object to three day hold.

Court advises government has stated there are adequate grounds for a temporary hold. Court orders defendant temporarily detained and sets detention hearing for 7/8/2025 at 11:00 AM

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25-MJ-425 |
| | ) | |
| TREYTON DANIEL AUBUCHON | ) | Charging District's Case No. 25-CR-261 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *Eastern District on Pennsylvania*

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
  ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: July 3, 2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ramuel Figueroa
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 25-MJ-425 |
| | ) | |
| TREYTON DANIEL AUBUCHON | ) | |
| *Defendant* | ) | |

## ORDER OF TEMPORARY DETENTION AND
## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| PLACE:<br>U.S. District Court<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin | Courtroom No.: 284 |
|---|---|
| BEFORE:<br>HON. Stephen C. Dries | Date and Time: 7/8/2025 at 11:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 3, 2025

*Judge's signature*

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | DETENTION HEARING |
| v. | CASE NUMBER **25-MJ-425** |
| TREYTON DANIEL AUBUCHON | |

| | |
|---|---|
| HONORABLE STEPHEN C. DRIES, presiding | Court Reporter: Liberty |
| Deputy Clerk: Tony Byal | Hearing Began: 11:03 AM |
| Hearing Held: July 8, 2025 at 11:00 AM | Hearing Ended: 11:24 AM |

**Appearances:**
UNITED STATES OF AMERICA by: Kevin Knight
Treyton Daniel Aubuchon, in person, and by: Ramuel Figueroa  ☐ CJA ☒ FDS ☐ RET
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☒ None ☐ Sworn

☐ Defendant to be transported by the U.S. Marshal to Eastern District of Pennsylvania

☒ Defendant to be released on O/R bond to appear in Eastern District of Pennsylvania on a date and time to be set

☒ Court STAYS release order for ONE DAY pending review by district judge in the Eastern District of Pennsylvania

Government:
- Seeking detention.
- If released, AUSA in Eastern District of Pennsylvania asked to stay order to appeal to district judge.
- Not a typical pretrial detention case.
- Involved in sophisticated cybercrime community. Involved in phishing schemes with cryptocurrency accounts.
- Required great number of resources to identify defendant.
- No confidence defendant will keep off the internet if released.
- Discusses co-conspirators' obstruction activity.
- Police called to residence last Thursday responding to domestic dispute between defendant and girlfriend, which centered around a black and red desktop computer.
- Search warrant executed today, and the black and red desktop was nowhere to be found.
- Girlfriend involved in offenses by moving significant amount of money around with Paypal. Desktop computer is now missing.
- Many crimes were committed while at this address.
- Police called to grandmother's residence multiple times.
- Has no ties to Eastern District on Pennsylvania.
- Has had drug and mental health issues.
- Flight risk.

Defense:
- Seeking release with conditions.
- Defendant turned 19 two months ago. Has never been arrested and has no criminal history.
- Has been living in Wisconsin for last five years.
- Regarding domestic dispute that led to arrest: simple argument and no charges filed. No pending matter related to incident. No temporary restraining order.

- Has family ties in Wisconsin.
- Possibility of working at Generac factory.
- Has struggled with drug use in the past but has been clean for last couple years. Tested negative when arrested. Has no need for treatment.
- Has no passport.
- No prior failure to appear.
- No drug or weapons offenses.
- Not a presumption case.
- No danger to the community.
- PTS recommended release with no conditions.
- Proposes location monitoring and removing electronics from home.
- Mother of girlfriend is willing to have defendant live with her.
- Alleged role in offense is minor.
- Unable to get into contact with co-conspirators if removed electronics.
- Has transportation to Pennsylvania for court appearances.
- Suggests girlfriend's mother be third party custodian.

Government:
- Involved in hundreds of thousands of dollars of theft since 2023.
- Address is not suitable for release. Girlfriend had Paypal account that received 46 transfers in significant amounts. Received and sent large amounts of cryptocurrency tracing back to victims. Girlfriend is a co-conspirator.
- This was not the first time police were sent to residence for domestic dispute.
- Third party custodian is not efficient.

Court:
- Suggestion of obstruction of computer is concerning. Aside from this, not a lot about obstruction from this defendant.
- Not a traditional detention case.
- Will hold off on third party custodian for now.
- ORDERS defendant released on O/R Bond with the following conditions:
    - No contact with codefendants and alleged victims
    - Curfew from 9:00 PM to 6:00 AM
    - GPS location monitoring
    - No possession of internet capable devices without approval of PTS
    - PTS to monitor approved devices
- GRANTS government's request to stay release order.
- Release order STAYED FOR ONE DAY pending review of district judge in the Eastern District of Pennsylvania.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  25-MJ-425 |
| | ) | |
| TREYTON DANIEL AUBUCHON | ) | Charging District's Case No.  25-CR-261 |
| *Defendant* | ) | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Eastern District of Pennsylvania   ,
*(if applicable)* _____ division.  The defendant may need an interpreter for this language: _____ .

The defendant: ☐ will retain an attorney.
☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  July 8, 2025

*Judge's signature*

Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*